UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HARVEY L. TAYLOR,  )<br>        Plaintiff,  )<br>v.  )<br>  )<br>SHREEJI SWAMI, INC. *doing business as*  )<br>*Holiday Inn Express Hotel and Suites/Kinston*,  )<br>LRP HOTELS OF KINSTON, LLC *doing*  )<br>*business as Holiday Inn Express Hotel and Suites/*  )<br>*Kinston,* INTERCONTINENTAL HOTEL GROUP )<br>RESOURCES, INC., INTERCONTINENTAL  )<br>HOTELS GROUP, PLC, HOLIDAY  )<br>HOSPITALITY FRANCHISING, LLC, IHG  )<br>FRANCHISING, LLC, UNKNOWN PARTIES,  )<br>*jointly and severally*  )<br>        Defendants.  ) | **JUDGMENT**<br>No. 5:17-CV-405-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on defendants' motion for summary judgment and order for show cause.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 14, 2019, and for the reasons set forth more specifically therein, the defendants' motion for summary judgment is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant Intercontinental Hotels Group, PLC is dismissed for failure to respond to the show cause order entered on January 14, 2019 and this case is dismissed.

**This Judgment Filed and Entered on January 29, 2019, and Copies To:**
Ralph T. Bryant, Jr. (Via CM/ECF Notice of Electronic Filing)
Howard Meinster / William Pollock / Edward Coleman (via CM/ECF Notice of Electronic Filing)

January 29, 2019                  PETER A. MOORE, JR. CLERK
                                           /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk

